IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 09-10109-GG

---

1:07-CR-287-CC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

R. CLAY HARRIS,
a.k.a. Claybon R. Harris,
a.k.a. Clay Harris,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE: BARKETT, MARCUS and PRYOR, Circuit Judges.

BY THE COURT:

On April 24, 2009, appointed counsel for Appellant filed a suggestion of Appellant's death on April 22, 2009.

It is well established that all criminal proceedings abate <u>ab</u> <u>initio</u> when the defendant dies pending direct appeal of his criminal conviction. <u>See</u> <u>United States v. Koblan</u>, 478 F.3d 1324 (11th Cir. 2007); <u>United States v. Schumann</u>, 861 F.2d 1234, 1236 (11th Cir. 1988); <u>United States v. Romano</u>, 755 F.2d 1401, 1402 (11th

Cir. 1985). Accordingly, we DISMISS this appeal as moot and REMAND to the district court with directions to vacate the judgment and dismiss the indictment.

The Clerk is directed to close the file on this appeal.